UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-3177(DSD/DLM)

Jena Miller,

        Plaintiff,

v.

                                        **ORDER**

Experian Information Solutions,
Inc., et al.

        Defendants.


This matter is before the court upon the parties' stipulation to dismiss defendant Columbia Debt Recovery, LLC, d/b/a Genesis. Based on the stipulation and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that defendant Columbia Debt Recovery, LLC, d/b/a Genesis is dismissed with prejudice from this action.


Dated:  October 14, 2025        /s David S. Doty_____
                                           David S. Doty, Judge
                                           United Stated District Court